IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANCEL MONTENELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-197-NJR-SCW |
| | ) |
| R.L.P. DEVELOPMENT COMPANY, INC., and BLUE HOSPITALITY, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on July 25, 2017 (Doc. 28), and the Stipulation of Dismissal filed on July 24, 2017 (Doc. 27), this cause of action is voluntarily **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own fees, costs, and expenses, except as otherwise set forth in the settlement agreement.

**IT IS ORDERED AND ADJUDGED.**

DATED:   July 25, 2017

JUSTINE FLANAGAN, Acting Clerk

By:   s/Deana Brinkley
Deputy Clerk

**APPROVED:**   s/ Nancy J. Rosenstengel
NANCY J. ROSENSTENGEL
United States District Judge